DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**XINXIN WANG,**
Appellant,

v.

**RIC L. BRADSHAW, SHERIFF OF PALM BEACH COUNTY,**
Appellee.

No. 4D18-756

[January 17, 2019]

Appeal of non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter D. Blanc, Judge; L.T. Case No. 502016CA004712XXXXMB.

F. Scott Fistel of Fistel Law Group, P.A., Fort Lauderdale, for appellant.

Kara Berard Rockenbach and David A. Noel of Link & Rockenbach, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and KUNTZ, JJ., concur.

*        *        *

*Not final until disposition of timely filed motion for rehearing.*